UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN RANGEL,

    Plaintiff,

v.

V. WILLIAMS, et al.,

    Defendants.

Case No. 21-cv-00278-JSC

**ORDER GRANTING IN PART MOTIONS FOR EXTENSION OF TIME**

Re: Dkt. Nos. 51, 52

    Plaintiff, a California prisoner proceeding without an attorney, has filed two motions for an extension of time to file an opposition to the Defendants' motion for summary judgment. The motion was filed and served on Plaintiff on June 21, 2022. (ECF No. 49.) He received 28 days from the date of the motion was filed to file his motion for summary judgment. (ECF No. 47.) In his motions, he indicates that his legal materials are at Salinas Valley State Prison, that he has been in the Los Angeles County Jail since June 29, 2022, for a court date on September 2, 2022, and that he does not know when he will return to Salinas Valley State Prison. (ECF Nos. 51, 52.) In his first motion, he requests an extension of the deadline to November 1, 2022; in his second motion, he requests an extension to January 1, 2023. (*Id.*) As Plaintiff has sufficiently shown that he will be in Los Angeles County Jail without access to his legal materials until September 2, 2022, the Court finds good cause for an extension of time to October 12, 2022, which allows 10 days for transportation back to his prison and another 30 days to prepare his opposition. If Plaintiff can show that he is detained in Los Angeles County beyond September 2, 2022, he may

request a further extension of this deadline. The motions for an extension of time are GRANTED IN PART. Defendants shall file a reply brief on or before October 26, 2022.

This Order disposes of docket numbers 51 and 52.

**IT IS SO ORDERED.**

Dated: September 2, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge