UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RANGEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>V. WILLIAMS, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00278-JSC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, a California prisoner proceeding without an attorney, filed this civil rights action under 42 U.S.C. § 1983. As explained in the order to show cause dated January 17, 2024:

> On October 17, 2023, the most recent order was mailed to [Plaintiff] with the prisoner number and address he provided to the Court on July 5, 2023.[1] (ECF Nos. 81, 82, 83.) On October 26, 2023, the order was returned by the postal service because the mail could not be delivered to him at the address and with the number he provided. (ECF No. 84.) Plaintiff has not filed an opposition to Defendants' motion for summary judgment despite having requested, and received, an extension of time to do so (ECF No. 83); nor has he made contact with the Court in more than six months.

(ECF No. 85 at 1 (footnote in original).) As the Court further noted in the order to show cause, Plaintiff had been instructed at the outset of this case "to keep the Court informed of any address change and cautioned that any failure to do so may result in the dismissal of this case." (*Id.* at 2 (citing ECF No. 5 at 3-4 ¶ 7).) The Court therefore ordered Plaintiff as follows:

> Within 28 days of the date this order is filed, Plaintiff shall: (1) provide a current valid mailing address and any identification number necessary for him to receive mail; and (2) show cause why

---

[1] The order granted in part and denied in part Plaintiff's motion to compel and granted him an extension of time to oppose Defendants' motion for summary judgment. (ECF No. 83.)

> this case should not be dismissed under Civil Local Rule 3-11 or Rule 41(b).  **The failure to do so will result in the dismissal of this case.**

(ECF No. 85 at 2 (emphasis in original).)  The order to show cause was returned by the postal service as undeliverable on January 25, 2024 (ECF No. 86), and Plaintiff has still not provided the Court with his current address or made any contact with the Court.

Pursuant to Northern District Civil Local Rule 3-11, a party proceeding without attorney representation (pro se) whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address.  Civ. L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address.  Civ. L.R. 3-11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address).  In addition, Federal Rule of Civil Procedure 41(b) allows the involuntary dismissal of an action or a claim for "failure of the plaintiff to prosecute or comply with these rules or any order of the court."   A district court may sua sponte dismiss an action pursuant to Rule 41(b).  *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962).  But such a dismissal should be only when the failure to comply is unreasonable.  *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991).

Plaintiff has not provided his current address for mailing as required by Civil Local Rule 3-11(a).  Plaintiff has been given the opportunity and time to explain and correct this failure, but he has failed to do so.  It has been more than four months since Plaintiff's mail was first returned as undeliverable due to his address being incorrect, which provides grounds for dismissal under Civil Local Rule 3-11(b).  There is also grounds for dismissal of this case under Rule 41(b) because Plaintiff has not complied with orders to maintain his current address, and he has made no contact with the Court to provide a reasonable explanation for this lack of compliance.

Accordingly, pursuant to Civil Local Rule 3-11(b) and Rule 41(b) of the Federal Rules of Civil Procedure, this case is DISMISSED without prejudice to refiling in a new case in which

1  Plaintiff provides and maintains his correct address.

2      The Clerk shall enter judgment and close the file.

3      **IT IS SO ORDERED.**

4  Dated: February 28, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge